granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter to Show Cause to Punish for Contempt. LENA MADESIN PHILLIPS and Another against RACHEL KLOTZ, Executrix, etc., of NATHAN KLOTZ, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SARAH LANGMAN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORRIS MYERS.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPHINE F. BURGHARD v. LUCILE PUGH and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ERNST BEHRE and Others v. SECOND RUSSIAN INSURANCE COMPANY. THORMOD JULLUM v. SECOND RUSSIAN INSURANCE COMPANY. JOHN F. MURPHY v. SECOND RUSSIAN INSURANCE COMPANY. FRED S. JAMES AND COMPANY v. SECOND RUSSIAN INSURANCE COMPANY. HAMBURG INSURANCE COMPANY v. SECOND RUSSIAN INSURANCE COMPANY.— Motion to dismiss appeals denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE TRAVELERS INSURANCE COMPANY v. EDWARD A. THOMPSON, INC., and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE TRAVELERS INSURANCE COMPANY v. EDWARD A. THOMPSON and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE TRAVELERS INDEMNITY COMPANY v. EDWARD A. THOMPSON and Others. — Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

REAL ESTATE HOLDING CORPORATION v. UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, Impleaded with JEAN J. ADAM and Others. F. LEVI LORD and Another, as Trustees, etc., Respondents.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM DEGENER, as Sole Surviving and Acting Executor, etc., of WILLIAM DEGENER, Deceased, v. JOHN F. DEGENER, JR., and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CECILIAN OPERATING CORPORATION v. LEVI GINSBERG.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES RAMOGIDO v. CUSHMAN'S SONS, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SALLY LIEB v. JULIUS TISHMAN & SONS, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA VEGAS v. NERSES BEDROSIAN. HERMAN VEGAS v. NERSES BEDROSIAN.